JS-6

Neville Asherson, SBN 73745
Email: ad@asherson.net
ASHERSON, KLEIN & DARBINIAN
8484 Wilshire Blvd., Ste. 711
Beverly Hills, California 90211
Phone: (310) 247-6070
Fax: (310) 278-8454
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YANIV ATTIAS | ) Case No. CV 15-7942-GW(JPRx) |
| | ) |
| | ) Agency File No. A096-812-660 |
| Plaintiff, | ) |
| | ) |
| ELAINE DUKE*, Acting Secretary of the | ) **ORDER ON PLAINTIFF'S MOTION** |
| Department of Homeland Security, *et al.*, | ) **FOR SUMMARY JUDGMENT** |
| | ) |
| Defendants. | ) Date:    September 28, 2017, 8:30 A.M. |
| | ) |
| | ) Before: Honorable George H. Wu |
| | ) |
| | ) |

*Elaine Duke is substituted for her predecessors, John F. Kelly, and Jeh Johnson

pursuant to Fed. R. Civ. P. 25(d)

Having considered the Plaintiff's Motion for Summary Judgment, the Court finds as follows:

1. The USCIS's decision to revoke the petition, to the extent that it was based on a finding that Plaintiff's marriage to Smith was a sham, is arbitrary and capricious and is reversed.

2. The USCIS's revocation of Allen's I-130 petition based wholly on the fact Plaintiff and Allen lived separately for part of their marriage was arbitrary and capricious. Such evidence is not probative and substantial evidence of marriage fraud, and even if it were, the rest of the evidence on the record proves the marriage was bona fide under the higher clear and convincing standard.

Given the above findings, the Court hereby ORDERS the following:

1. The Court grants Plaintiff's motion for summary judgment for his Administrative Procedures Act challenge to the USCIS's January 6, 2016 decision to revoke Allen's I-130 Petition.

2. The Court hereby reverses the USCIS's January 6, 2016 decision and reinstates Allen's I-130 Petition.

**IT IS SO ORDERED.**

Date: October 3, 2017

_____

GEORGE H. WU, U.S. District Judge